# U.S. District Court
## North Carolina Middle District (NCMD)
## CRIMINAL DOCKET FOR CASE #: <u>1:22–mj–00468–JEP</u>–1
### *Internal Use Only*

Case title: USA v. JONES

Date Filed: 11/28/2022

Other court case number: 5:11–CR–196–1D Eastern District of North Carolina

Date Terminated: 11/28/2022

Assigned to: MAG/JUDGE JOI
ELIZABETH PEAKE

### Defendant (1)

**KIMBLE DWEESE JONES**
*TERMINATED: 11/28/2022*

represented by **LISA S. COSTNER**
Federal Public Defender – NCM
251 N. Main St., Ste 849
WINSTON–SALEM, NC 27101
336–631–5172
Email: lisa_costner@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| RULE 5 ARREST | |

### Plaintiff

Case 1:22-mj-00468-JEP   Document 5   Filed 12/22/22   Page 1 of 9

| | | |
|---|---|---|
| **USA** | represented by | **JOHN M. ALSUP**<br>U. S. ATTORNEY'S OFFICE – MDNC<br>101 S. EDGEWORTH ST., 4TH FLOOR<br>GREENSBORO, NC 27401<br>336–332–6331<br>Fax: 336–333–5381<br>Email: john.alsup@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: United States Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/28/2022 | | | Arrest (Rule 5) of KIMBLE DWEESE JONES (Garrett, Kim) (Entered: 11/28/2022) |
| 11/28/2022 | | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to KIMBLE DWEESE JONES held on 11/28/2022. AUSA John Alsup. AFPD Lisa Costner present and appointed. Defendant advised of rights and charges. Defendant waived hearings here and will be transported in custody to the EDNC for further proceedings. (Garrett, Kim) (Entered: 11/28/2022) |
| 11/28/2022 | | | Oral Motion Re: Detention by USA as to KIMBLE DWEESE JONES. (Garrett, Kim) (Entered: 11/28/2022) |
| 11/28/2022 | 1 | | SEALED FINANCIAL AFFIDAVIT by KIMBLE DWEESE JONES. (Garrett, Kim) (Entered: 11/28/2022) |
| 11/28/2022 | 2 | | ORDER appointing AFPD LISA S. COSTNER for KIMBLE DWEESE JONES. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 11/28/22. (Garrett, Kim) (Entered: 11/28/2022) |
| 11/28/2022 | 3 | | WAIVER of Rule 5(c)(3) Hearing by KIMBLE DWEESE JONES (Garrett, Kim) (Entered: 11/28/2022) |
| 11/28/2022 | 4 | | Commitment Order – Rule 5 as to KIMBLE DWEESE JONES. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 11/28/22. (Garrett, Kim) (Entered: 11/28/2022) |

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: MAG/JUDGE JOI ELIZABETH PEAKE (allison_bennett@ncmd.uscourts.gov,
jasmine_little@ncmd.uscourts.gov, jocelyn_walcott@ncmd.uscourts.gov,
judge_peake@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov), U. S. Marshal's Office
(breanna.wilton@usdoj.gov, ecf.usmsncm@usdoj.gov, jeannie.helms@usdoj.gov,
jessica.williams2@usdoj.gov, michael.montalvo@usdoj.gov)
--No Notice Sent:

Message-Id:3720270@ncmd.uscourts.gov
Subject:Activity in Case 1:22-mj-00468-JEP USA v. JONES Arrest - Rule 5
Content-Type: text/html
```

## U.S. District Court

## North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 11/28/2022 at 3:39 PM EST and filed on 11/28/2022

**Case Name:**      USA v. JONES

**Case Number:**      1:22–mj–00468–JEP

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 **Arrest (Rule 5) of KIMBLE DWEESE JONES (Garrett, Kim)**


**1:22–mj–00468–JEP–1 Notice has been electronically mailed to:**

**1:22–mj–00468–JEP–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: JOHN M. ALSUP (caseview.ecf@usdoj.gov, john.alsup@usdoj.gov,
shaquitta.johnson@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE
(allison_bennett@ncmd.uscourts.gov, jasmine_little@ncmd.uscourts.gov,
jocelyn_walcott@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:3720279@ncmd.uscourts.gov
Subject:Activity in Case 1:22-mj-00468-JEP USA v. JONES Initial Appearance - Rule 5
Content-Type: text/html
```

<h2 style="text-align:center">U.S. District Court</h2>

<h2 style="text-align:center">North Carolina Middle District</h2>

## Notice of Electronic Filing

The following transaction was entered on 11/28/2022 at 3:44 PM EST and filed on 11/28/2022

| | |
|---|---|
| **Case Name:** | USA v. JONES |
| **Case Number:** | 1:22–mj–00468–JEP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to KIMBLE DWEESE JONES held on 11/28/2022. AUSA John Alsup. AFPD Lisa Costner present and appointed. Defendant advised of rights and charges. Defendant waived hearings here and will be transported in custody to the EDNC for further proceedings. (Garrett, Kim)**

**1:22–mj–00468–JEP–1 Notice has been electronically mailed to:**

JOHN M. ALSUP &nbsp &nbsp john.alsup@usdoj.gov, CaseView.ECF@usdoj.gov,
shaquitta.johnson@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:22–mj–00468–JEP–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: JOHN M. ALSUP (caseview.ecf@usdoj.gov, john.alsup@usdoj.gov,
shaquitta.johnson@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE
(allison_bennett@ncmd.uscourts.gov, jasmine_little@ncmd.uscourts.gov,
jocelyn_walcott@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:3720281@ncmd.uscourts.gov
Subject:Activity in Case 1:22-mj-00468-JEP USA v. JONES Oral Motion
Content-Type: text/html
```

## U.S. District Court

## North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 11/28/2022 at 3:45 PM EST and filed on 11/28/2022

| | |
|---|---|
| **Case Name:** | USA v. JONES |
| **Case Number:** | <u>1:22–mj–00468–JEP</u> |
| **Filer:** | USA |
| **Document Number:** | No document attached |

**Docket Text:**
**Oral Motion Re: Detention by USA as to KIMBLE DWEESE JONES. (Garrett, Kim)**

**1:22–mj–00468–JEP–1 Notice has been electronically mailed to:**

JOHN M. ALSUP &nbsp &nbsp john.alsup@usdoj.gov, CaseView.ECF@usdoj.gov,
shaquitta.johnson@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:22–mj–00468–JEP–1 Notice will not be electronically mailed to:**

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

FILED
NOV 28 2022
Clerk U.S. District Court
Greensboro, N.C.
By

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

IN THE CASE OF

| | | | |
|---|---|---|---|
| USA | V. | KIMBLE D. JONES | |

FOR EASTERN DIST NC
AT MIDDLE DIST GA

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*
KIMBLE D. JONES
8624 ENGLISH TOWN RD
WALLACE NC 28329

PH: 910-617-6423
SSN: 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
DOB: 12-29-56

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☑ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge

District Court
5:11CR196-1D

Court of Appeals

CHARGE/OFFENSE *(Describe if applicable & check box→)*
SRV
18:922(g)(1)

☑ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| | | |
|---|---|---|
| **INCOME & ASSETS** | **EMPLOYMENT** | Do you have a job? ☐ Yes ☑ No  STATE PRISON 25 MONTHS<br>IF YES, how much do you earn per month? _____<br>Will you still have a job after this arrest? ☐ Yes ☑ No ☐ Unknown |
| | **PROPERTY** | Do you own any of the following, and if so, what is it worth?<br>　　　　APPROXIMATE VALUE　　DESCRIPTION & AMOUNT OWED<br>Home　　　　$ —<br>Car/Truck/Vehicle $ —<br>Boat　　　　$ —<br>Stocks/bonds $ —<br>Other property $ — |
| | **CASH & BANK ACCOUNTS** | Do you have any cash, or money in savings or checking accounts? ☐ Yes ☑ No<br>IF YES, give the total approximate amount after monthly expenses $ — |

How many people do you financially support? 0

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ — | $ |
| Groceries | $ — | $ |
| Medical expenses | $ — | $ |
| Utilities | $ — | $ |
| Credit cards | $ — | $ |
| Car/Truck/Vehicle | $ — | $ |
| Childcare | $ — | $ |
| Child support | $ — | $ |
| Insurance | $ — | $ |
| Loans | $ — | $ |
| Fines | $ — | $ |
| Other | $ — | $ |

**OBLIGATIONS, EXPENSES, & DEBTS**

I certify under penalty of perjury that the foregoing is true and correct.

_____　　　　11-28-22
SIGNATURE OF DEFENDANT　　　　　　　　Date
(OR PERSON SEEKING REPRESENTATION)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:22MJ468-1 |
| | ) | |
| KIMBLE DWEESE JONES | ) | |

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed Defendant's Financial Affidavit and concludes that Defendant is entitled to appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that Assistant Federal Public Defender Lisa Costner is appointed to represent Defendant in this action.

This, the 28th day of November, 2022.

_____
Joi Elizabeth Peake
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:22MJ468-1 |
| | ) | |
| KIMBLE DWEESE JONES | ) | Charging District's Case No.   5:11-CR-196-1D |
| _Defendant_ | ) | |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the _(name of other court)_ ___Eastern District of North Carolina___ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)     a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)     a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐     an identity hearing and production of the judgment, warrant, and warrant application.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     ___11/28/2022___

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Lisa S. Costner

_____
_Printed name of defendant's attorney_

# UNITED STATES DISTRICT COURT

## for the

Middle District of North Carolina

FILED

NOV 2 8 2022

IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.

By_____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:22MJ468-1 |
| KIMBLE DWEESE JONES | ) |
| | ) Charging District's |
| _____ | ) Case No. 5:11-CR-196-1D |
| *Defendant* | ) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____Eastern_____ District of North Carolina ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant: ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____11/28/2022_____

_____
*Judge's signature*

_____Joi Elizabeth Peake, United States Magistrate Judge_____
*Printed name and title*